UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TOBY ZEPEDA | § | |
|    *Plaintiff* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:11-CV-0901-FB |
| | § | |
| CITY OF SAN ANTONIO, TEXAS; | § | |
| PRICE PROTECTIVE SERVICES, INC.; | § | |
| BEXAR COUNTY, TEXAS; | § | |
| SHANE Q. SIZEMORE, *Individually*; | § | |
| BARRIENTOS, *Individually*; | § | |
| A. FLORES, *Individually*; | § | |
| BOTTIGLIERI, *Individually*; | § | |
| JOHN DOE, I, *Individually*; | § | |
| JOHN DOE, II, *Individually*; and | § | |
| JOHN ANGUIANO, *Individually* | § | |
|    *Defendants* | § | |

**DEFENDANTS' ADR REPORT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME DEFENDANTS **SHANE Q. SIZEMORE, Individually, and BOTTIGLIERI, Individually, ABEL BARRIENTES, Individually (incorrectly named BARRIENTOS), and ANTONIO FLORES, Individually (named A. FLORES)** (hereinafter "Defendants") and pursuant to the Court's Order, file this their report on alternative dispute resolution in compliance with Local Rule CV-88 (b) and this Court's Scheduling Order as follows:

**I**.

The Court has ordered the parties to submit a report on alternative dispute resolution pursuant to Local Rule CV-88 (b). As of this date, the parties have not entered into any settlement negotiations regarding this cause of action. Defendants do not currently consider mediation appropriate, but do not altogether foreclose the possibility of mediation in the future.

**II.**

Defendants submit Kenneth L. Clark, Deputy City Attorney, along with the undersigned counsel, are the individuals primarily responsible for settlement negotiations. However, depending on the nature of any settlement reached, approval may also be required from the City of San Antonio Claims Review Board, and/or the City of San Antonio City Attorney and Risk Manager and/or the City of San Antonio City Council.

**III.**

N. Mark Ralls, attorney for Defendants **SHANE Q. SIZEMORE, Individually, and BOTTIGLIERI, Individually, ABEL BARRIENTES, Individually (incorrectly named BARRIENTOS), and ANTONIO FLORES, Individually (named A. FLORES)**, certifies by his signature below that he has informed Defendants of the ADR procedures available in this Court.

Respectfully submitted,

**HOBLIT FERGUSON DARLING, L.L.P.**
Bank of America Plaza
300 Convent Street, Suite 1450
San Antonio, Texas 78205
Telephone:    (210) 224-9991
Facsimile:     (210) 226-1544

BY: /s/ N. Mark Ralls
     N. MARK RALLS
     State Bar No. 16489200
**ATTORNEY FOR DEFENDANTS,
SHANE Q. SIZEMORE, BOTTIGLIERI, ABEL
BARRIENTES, and ANTONIO FLORES**

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 25th day of June, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher J. Gale
Gale, Wilson & Sanchez, PLLC
115 East Travis, 19th Floor
San Antonio, Texas 78205

Judith D. Sanchez
Office of the City Attorney
Litigation Division
111 Soledad St., 10th Floor
San Antonio, Texas 78205

George F. "Rick" Evans, Jr.
Evans & Rowe, P.C.
10101 Reunion Place Blvd., Suite 900
San Antonio, Texas 78216

                                        **N. MARK RALLS**